**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-6161

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

v.

JACQUELINE TATIANA CUELLAR,

        Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg. Elizabeth K. Dillon, Chief District Judge. (5:21-cr-00007-EKD-JCH-6)

Submitted: August 28, 2025          Decided: October 1, 2025

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jacqueline Tatiana Cuellar, Appellant Pro Se. Jennifer R. Bockhorst, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Abingdon, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jacqueline Tatiana Cuellar appeals the district court's order denying relief on her 18 U.S.C. § 3582(c)(2) motion for a sentence reduction. "We review a district court's decision [whether] to reduce a sentence under § 3582(c)(2) for abuse of discretion and its ruling as to the scope of its legal authority under § 3582(c)(2) de novo." *United States v. Mann*, 709 F.3d 301, 304 (4th Cir. 2013). Our review of the record reveals no reversible error. The district court clearly understood its authority to reduce Cuellar's sentence, but the court declined to grant a reduction based on its review of the 18 U.S.C. § 3553(a) factors.

Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*